**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6150**

ALPHONSO HAYNESWORTH,

Plaintiff - Appellant,

v.

CORRECT CARE RECOVERY SOLUTIONS; SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH, SvpTp; C. KUNKLE; G. ARNOLD; M. MCDUFFIE; NFN ANDERSON; T. JONES; C. GOODWIN; NFN EUGENIANO; NFN MCGRIFFIN; C. JACOME; TIMOTHY J. BUDZ,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Cameron McGowan Currie, Senior District Judge.  (2:17-cv-03247-CMC)

Submitted: June 24, 2019                                    Decided: August 6, 2019

Before WILKINSON, NIEMEYER, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alphonso Haynesworth, Appellant Pro Se.  Mark Victor Gende, Ryan Joseph Patane, SWEENY, WINGATE & BARROW, PA, Columbia, South Carolina; Kyle David McGann, Daniel Roy Settana, Jr., Ronald Keith Taylor, Jr., MCKAY FIRM, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Haynesworth appeals from the district court's order adopting the recommendation of the magistrate judge in part, granting summary judgment to Defendants on his constitutional claims brought under 42 U.S.C. § 1983 (2012), declining to exercise supplemental jurisdiction over his South Carolina state law claims, and dismissing those claims without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Haynesworth v. Correct Care Recovery Sols.*, No. 2:17-cv-03247-CMC (D.S.C. Dec. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*